DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
ERIN A. CORNELL (CABN 227135)
Assistant United States Attorneys
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    Erin.Cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-043 YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE; EXCLUSION OF TIME |
| v. | |
| DANIEL JAMES, et al, | |
| Defendants. | |

It is hereby stipulated and respectfully requested by and between counsel for the United States and counsel for the defendants in the above-captioned matter, that the status conference currently set for May 28, 2020, be continued to July 16, 2020 at 11:00 a.m.

This matter was originally set for a status conference on May 28, 2020. However, the President of the United States has declared a National Emergency in response to the COVID-19 pandemic, and the Governor of the State of California has declared a state of emergency. The San Francisco Bay Area counties are currently under public health shelter-in-place orders due to the COVID-19 pandemic. This has resulted in school, office, and court closures, and requirements to stay at least six feet apart from other persons. These extraordinary and

1   unprecedented measures have limited the ability of defendants and their attorneys to meet to
2   prepare their defense and discuss possible resolutions of this matter.  Indeed, several of the
3   defendants have been, or are currently, quarantined.

4   The measures also make it practically impossible to bring all of the defendants and their
5   attorneys and the attorneys for the government into the courtroom at the same time.

6   For these reasons, the parties have requested that the status conference be continued to
7   July 16, 2020, in the hope that by that time, public health officials will have lifted shelter-in-
8   place orders and it will again be possible to bring all of the parties together before the Court for a
9   status conference.  At the July calling of the case, the parties will be prepared to discuss setting a
10  motions schedule and trial date.

11  The Court's General Orders No. 72-2 and 73 recognize that, due to the serious public
12  health concerns caused by the COVID-19 pandemic, continuances of District Court proceedings
13  in criminal cases is appropriate to protect defendants, counsel, and Court staff.  General Orders
14  No. 72-2 and 73 find that the ends of justice served by exclusions of time under the Speedy Trial
15  Act for the reasons stated in the Order outweigh the interest of the public and the defendants'
16  right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

17  The parties therefore also request that the Court exclude time between May 28, 2020 and
18  July 16, 2020 for the reasons specified in General Orders No. 72-2 and 73.  *See* 18 U.S.C. §
19  3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by
20  excluding the time from May 28, 2020 to July 16, 2020 from computation under the Speedy Trial
21  Act outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C.
22  § 3161(h)(7)(A).

23  //
24  //
25  //
26  //
27  //
28  //

1    The undersigned Assistant United States Attorneys certify that they have obtained

2  approval from counsel for the defendants to file this stipulation and proposed order.

3       IT IS SO STIPULATED.

4

5  DATED: May 20, 2020                    Respectfully submitted,

6                                         */s/ Erin Cornell*_____
                                          FRANK J. RIEBLI
7                                         ERIN A. CORNELL
                                          Assistant United States Attorneys
8

9  DATED: May 20, 2020                    /s/
                                          JAMES THOMSON
10                                         Attorney for Sterling Walker

11

12 DATED: May 20, 2020                    /s/
                                          ERIK BABCOCK
13                                         Counsel for Defendant Daniel James

14 DATED: May 20, 2020                    /s/
                                          ROBERT BYERS
15                                         Counsel for Defendant George Moore

16

17 DATED: May 20, 2020                    /s/
                                          GREGOR GUY-SMITH
18                                         Counsel for Defendant Paul Rivera

19 DATED: May 20, 2020                    /s/
                                          MARTHA BOERSCH
20                                         Counsel for Defendant Darryl Washington

21

22 DATED: May 20, 2020                    /s/
                                          JULIA JAYNE
23                                         Counsel for Defendant Cameron Moore-Williams

24 DATED: May 20, 2020                    /s/
                                          SCOTT SUGARMAN
25                                         Counsel for Defendant Deantae Kennedy-Palmer

26

27 DATED: May 20, 2020                    /s/
                                          ALBERT BORO
28                                         Counsel for Defendant Darrell Murphy

1   DATED: May 20, 2020           /s/
2   GEORGE BOISSEAU
    Counsel for Defendant Deshawn Lemons-Woodard

3
4   DATED: May 20, 2020           /s/
    RICHARD TAMOR
5   Counsel for Defendant Terry Walker

6   DATED: May 20, 2020           /s/
    ALEXANDRA MCCLURE
7   Counsel for Defendant Dale Davis

8
9   DATED: May 20, 2020           /s/
    JOHN JORDAN
10  Counsel for Defendant Joe Frank

11

12                       **[PROPOSED] ORDER**

13          Pursuant to the parties' stipulation above, IT IS HEREBY ORDERED that the status

14  conference currently set for May 28, 2020, is continued to July 16, 2020 at 11:00 a.m.

15          Based upon the facts and representations set forth in the above stipulation, and the

16  findings of this Court set forth in N.D. Cal. General Orders No. 72-2 and 73, and for good cause

17  shown, the Court finds that the ends of justice served by ordering the continuance outweighs the

18  interest of the public and the defendants' right to a speedy trial, and an exclusion of time is

19  warranted under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).  Based on these

20  findings, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

21  May 28, 2020 through July 16, 2020, shall be excluded from computation under the Speedy

22  Trial Act.  18 U.S.C. § 3161(h)(7)(A).

23          IT IS SO ORDERED.

24
25  DATED: _____        _____
                                       HON. YVONNE GONZALEZ ROGERS
26                                     United States District Judge

27

28